**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-7795

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JERRY LEE JENKINS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Benson Everett Legg, Senior District Judge.  (1:04-cr-00255-BEL-1)

Submitted:  February 26, 2013      Decided:  February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Lee Jenkins, Appellant Pro Se. Tonya Nicole Kelly, James G. Warwick, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lee Jenkins appeals from the district court's margin order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the court's order denying his motion for a show cause hearing and transport. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED